**Electronically Filed
Supreme Court
SCWC-24-0000792
20-JUL-2026
12:39 PM
Dkt. 15 ODAC**

SCWC-24-0000792

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

ROBERT A.C. MIDEL,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000792; CASE NO. 1CPC-19-0001435)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Kawamura, assigned by reason of vacancy)

Petitioner Robert A.C. Midel's Application for Writ of

Certiorari, filed on June 6, 2026, is hereby rejected.

DATED: Honolulu, Hawai'i, July 20, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Shirley M. Kawamura

